UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL M. ANELLO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR2699-MMA |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | MOTION HEARING/TRIAL SETTING DATE |
| v. ) | |
| ) | |
| **JAVIER RAMIREZ-BARRAJAS**, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled Motion Hearing/Trial Setting before the Honorable Michael M. Anello currently set for September 2, 2009, at 2:00 p.m. be vacated and reset for September 14, 2009, at 2:00 p.m. The court finds that time is excludable under the Speedy Trial Act.

DATED: August 12, 2009

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge